UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDEEP SINGH,<br>Petitioner,<br>v.<br>WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION CENTER,<br>Respondent. | No. 1:26-cv-01242-DAD-JDP (HC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART PETITION FOR WRIT OF *HABEAS CORPUS* AND DENYING PETITIONER'S MOTION FOR A PRELIMINARY INJUNCTION AS MOOT<br>(Doc. Nos. 1, 23, 29) |

Petitioner Kuldeep Singh is a federal immigration detainee proceeding with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2026, the assigned magistrate judge issued findings and recommendations (Doc. No. 29) noting that the undersigned had previously granted petitioner's motion for a temporary restraining order ("TRO") (Doc. No. 20), which ordered his release from immigration detention on May 20, 2026. In his findings and recommendations, the magistrate judge recommended that petitioner's *habeas* petition (Doc. No. 1) be granted. (Doc. No. 29.) Specifically, the magistrate judge concluded that petitioner's immigration detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001) because his removal is not reasonably foreseeable. (Doc.

/////

No. 29.) No party has filed objections to the magistrate judge's findings and recommendations within the 14 days allotted to do so.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on July 28, 2026 (Doc. No. 29) are ADOPTED;
2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED IN PART as follows:
   a. the previous grant of petitioner's motion for a temporary restraining order and the injunctive relief granted therein is now made permanent;[1] and
   b. petitioner's request for costs and attorneys' fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act, is DENIED WITHOUT PREJUDICE to renewal on a properly noticed and supported motion;
3. Petitioner's motion for a preliminary injunction (Doc. No. 23) is DENIED as having been rendered moot by this order granting habeas relief; and
4. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 13, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] Petitioner requested in his *habeas* petition that he be released from immigration custody, however, that has already taken place. (*See* Doc. No. 27 at 1.)